June 09, 2006

Mr. Ryan D. Clinton
Office of the Attorney General
P. O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. Stephen A. Khoury
Kelsoe Anderson Khoury & Clark
5220 Spring Valley Rd., Suite 500
Dallas, TX 75254

RE: Case Number: 05-0594
 Court of Appeals Number: 10-03-00093-CV
 Trial Court Number: COT-01-33769

Style: THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON
 v.
 THE ESTATE OF DARLA BLACKMON, BY ITS BENEFICIARY SHEILA SHULTZ AND
 SHEILA SHULTZ, INDIVIDUALLY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court vacates the court of appeals'
judgment and dismisses the appeal for want of jurisdiction. The motion to
dismiss is dismissed as moot.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Janice M. |
| |Gray |